Case 2:05-cr-20358-JPM   Document 4   Filed 09/29/05   Page 1 of 2   PageID 7

Case 2:05-cr-20358-JPM   Document 4   Filed 09/29/05   Page 1 of 2   PageID 7

FILED BY _____ D.C.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

2005 SEP 29 PM 4:28

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Cr. No. 05-20358 MSV |
| vs. | ) | |
| ROBERT VICK, | ) | |
| Defendant. | ) | |

## ORDER

Upon motion of the United States, the indictment and arrest warrant against the above-named defendant is hereby ordered sealed, until the initial appearance of the defendant, in the instant case.

IT IS SO **ORDERED** this 29 day of September, 2005.

_Diane K. Vescovo_
U.S. MAGISTRATE JUDGE

Approved by:
_Joseph C. Murphy, Jr._
Joseph C. Murphy, Jr., AUSA

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 10-12-05

(4)

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 4 in case 2:05-CR-20358 was distributed by fax, mail, or direct printing on October 12, 2005 to the parties listed.

---

Joseph C Murphy
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT