IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 NOV -8 AM 11: 47

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| VS. | No. 05-20358 |
| ROBERT VICK, | |
| Defendant. | |

## ORDER GRANTING DEFENDANT'S MOTION REQUESTING ADDITIONAL TIME TO FILE MOTIONS UNTIL AFTER THE COMPLETION OF DISCOVERY

Before this Honorable Court is Defendant Robert Vick's Motion Requesting Additional Time to File Motions until after the completion of Discovery.

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that Defendant's Motion Requesting Additional Time to file Motions until after the completion of Discovery is granted.

Entered this the ___7___ day of ___Nov.___, 2005.

_____
United States District Court Judge

This document entered on the docket sheet In compliance
with Rule 55 and/or 32(b) FRCrP on __11-8-05__

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 16 in case 2:05-CR-20358 was distributed by fax, mail, or direct printing on November 8, 2005 to the parties listed.

---

Howard L. Wagerman
WAGERMAN LAW FIRM
200 Jefferson Ave.
Ste. 1313
Memphis, TN 38103

Joseph C Murphy
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT