FILED BY ___ D.C.

05 NOV 16 PM 4:12

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA

VS.

No. 05-20358

ROBERT VICK,

    Defendant.

---

### ORDER GRANTING DEFENDANT'S MOTION TO CONTINUE REPORT DATE

    Before this Honorable Court is Defendant Robert Vick's Motion to Continue Report Date.

    IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that the Report Date in this cause currently set for November 23, 2005 at 9:00 a.m. is hereby continued until 9:00 a.m. Dec. 20, 2005.

    Entered this the 16 day of Nov., 2005.

_____
United States District Court Judge

This document entered on the docket sheet in compliance ___ 11-17-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 19 in case 2:05-CR-20358 was distributed by fax, mail, or direct printing on November 17, 2005 to the parties listed.

---

Joseph C Murphy
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Howard L. Wagerman
WAGERMAN LAW FIRM
200 Jefferson Ave.
Ste. 1313
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT