IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 NOV 17 PM 4: 25

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| VS ) | CR. NO. 05-20358-M1 |
| ) | |
| ROBERT VICK ) | |
| ) | |
| Defendant(s) ) | |

---

ORDER ON CONTINUANCE AND SPECIFYING PERIOD OF EXCLUDABLE DELAY

---

This cause was set for a Report Date on Wednesday, November 23, 2005 at 9:00 a.m.  Counsel for the defendant requested a continuance of the present setting.  The continuance is necessary to allow for additional preparation in the case.

The Court granted the request and continued the matter for Report to Tuesday, December 20, 2005 at 9:00 A.M. with a trial date of Tuesday, January 3, 2006.

The period from November 16, 2005 through January 13, 2006, is excludable under 18 U.S.C. § 3161(h)(8)(B)(iv) to allow defense counsel additional time to prepare.

**IT IS SO ORDERED** this the ___17___ day of November, 2005.

JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE





UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 20 in case 2:05-CR-20358 was distributed by fax, mail, or direct printing on November 18, 2005 to the parties listed.

Joseph C Murphy
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Howard L. Wagerman
WAGERMAN LAW FIRM
200 Jefferson Ave.
Ste. 1313
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT